**Order entered December 23, 2020**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-20-00985-CV

## CHRISTOPHER J. ASHBY, ET AL., Appellants

## V.

## ANNE D. KERN, ET AL., Appellees

**On Appeal from the 471st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause No. 471-04983-2019**

### ORDER
Before Chief Justice Burns, Justice Molberg, and Justice Nowell

By order dated, December 10, 2020, we denied as moot appellee's emergency motion for temporary relief. Before the Court is appellee's December 14, 2020 motion to reconsider that order. We **GRANT** the motion to the extent that we clarify this Court's December 10th order as follows.

Appellees' emergency motion for temporary relief was originally filed in appellate cause number 05-20-00478-CV. On September 8, 2020, we abated that appeal after being notified that appellants Rockwell Debt Free Properties, Inc. and

Rockwell TIC, Inc. (Rockwell debtors) had filed a petition for bankruptcy. We subsequently granted appellees' motion to reinstate and severed the appeal of the non-debtor appellants into this appeal. The emergency motion for temporary relief was transferred into this appeal. The Rockwell debtors' bankruptcy filing triggered an automatic stay in the trial court. *See* 11 U.S.C.A. § 362(a)(1). Because of the automatic stay, we **DENY** the motion as moot without prejudice to reasserting same should proceedings in the trial court be allowed to resume while this appeal is pending.

/s/     ROBERT D. BURNS, III
        CHIEF JUSTICE